In the Matter of the Probate of the Will of MARY CARUSO, Deceased. HAZEL NEWCOMB, Respondent, v. SARA V. SPEZZANO, Appellant.— Decree affirmed, with costs. All concurred.

WESTERN NEW YORK WATER COMPANY, Appellant, v. GEORGE W. WHITEHEAD, as Mayor of the City of Niagara Falls, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

STEPHEN CZERWINSKI, an Infant, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

MARY BURGSTAHLER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

HAZEL CORBIN, Respondent, v. GLENN CORBIN, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

GEORGE W. HALL, Respondent, v. ALLEMANIA FIRE INSURANCE COMPANY OF PITTSBURGH, Appellant.— Motion for reargument denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCHESTER, SYRACUSE AND EASTERN RAILROAD COMPANY, Appellant, v. DANIEL MORONEY and Others, as Board of Assessors of the Town of Montezuma, Respondents.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Petition of GEORGE E. GREEN, as Successor to WILLIAM W. FARLEY, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 15,353, Issued to ABRAHAM ASHI, Respondent.— Order reversed, with costs, and motion to revoke certificate granted, with costs, and this court finds and decides upon the evidence in the record that the certificated premises were suffered and permitted to become disorderly during the months of April and May, 1915, as alleged in the petition, and the finding and determination of the Special Term to the contrary are hereby disapproved and set aside. All concurred.